No. 14-2088

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DANIEL GLEED,
    Plaintiff/Appellant,

v.

AT&T MOBILITY SERVICES, LLC,
    Defendant/Appellee.

On Appeal from the United States District Court
for the Eastern District of Michigan,
No. 13-12479

UNOPPOSED MOTION OF THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION FOR LEAVE TO PRESENT
ORAL ARGUMENT ON CEDED TIME

    The Equal Employment Opportunity Commission respectfully requests that this Court grant permission under Fed. R. App. P. 29(g) for the Commission to participate in oral argument, scheduled in this case for April 28, 2015, on time ceded by Plaintiff-Appellant Daniel Gleed.

    In support of this motion, the Commission states:

    1.  The Equal Employment Opportunity Commission is the agency charged by Congress with enforcement of federal laws prohibiting discrimination in employment, including the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101 et seq.

1

2. This appeal raises important questions about the scope of an employer's "reasonable accommodation" obligation under the ADA, the manner in which an employee must request a reasonable accommodation, and what constitutes an offer of an effective alternative reasonable accommodation by an employer.

3. Because of its strong interest in this case, the Commission filed a brief as amicus curiae.

4. Counsel for Plaintiff-Appellant has agreed to cede five minutes of argument time to the Commission.

5. In a telephone conversation on April 2, 2015, counsel for Defandant-Appellee AT&T Mobility stated that it does not oppose this motion.

Accordingly, the Commission respectfully requests that this Unopposed Motion for Leave to Present Oral Argument on Ceded Time be granted.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

CAROLYN L. WHEELER
Acting Associate General Counsel

JENNIFER S. GOLDSTEIN
Acting Assistant General Counsel

s/ Donna J. Brusoski

_____
DONNA J. BRUSOSKI
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M Street, N.E., 5th Floor
Washington, DC  20507
(202) 663-7049
donna.brusoski@eeoc.gov

CERTIFICATE OF SERVICE

I certify that on April 2, 2015, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the Court's CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

                                                  s/ Donna J. Brusoski
                                        _____
                                        Donna J. Brusoski
                                        Attorney
                                        EQUAL EMPLOYMENT
                                        OPPORTUNITY COMMISSION
                                        Office of General Counsel
                                        131 M Street, N.E., 5th Floor
                                        Washington, DC  20507
                                        (202) 663-7049
                                        donna.brusoski@eeoc.gov